**James MAY, Employee–Appellant,**

v.

**ST. LOUIS COMMUNITY COLLEGE, Employer–Respondent,**

and

**Treasurer of the State of Missouri, as Custodian for the Second Injury Fund, Respondent.**

No. 72398.

Missouri Court of Appeals, Eastern District, Division Three.

Nov. 25, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 15, 1998.

Harry Nichols, St. Louis, for employee–appellant.

Evans & Dixon, Raymond J. Flunker, Jeffrey M. Proske, St. Louis, for respondent St. Louis Community College.

Jeremiah W. (Jay) Nixon, Atty. Gen., St. Louis, for respondent second injury fund.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

PER CURIAM.

The awards of the Labor and Industrial Relations Commission are affirmed. The evidence, reviewed in a light most favorable to the award, contains competent and substantial evidence to support the awards. Particularly, there was evidence to support a finding claimant did not sustain compensable injuries on December 2, 1992, and January 16, 1993. No jurisprudential purpose would be served by an extended opinion.

We affirm. Rule 84.16(b).